UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMORIA JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>M. LUNES, et al.,<br><br>Defendants. | No. 1:17-cv-00027-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 23, 34) |

Plaintiff Demoria Jackson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2018, defendants moved for summary judgment under Federal Rule of Civil Procedure 56, arguing that plaintiff had failed to exhaust his available administrative remedies before filing suit as required. (Doc. No. 23.) On August 16, 2018, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motion be granted in part after finding that plaintiff had failed to exhaust certain claims. (Doc. No. 34.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 13.) On September 4, 2018, plaintiff requested a thirty-day extension of time in which to file objections. (Doc. No.

1

35.) On September 5, 2018, the assigned magistrate granted plaintiff's request in part, and permitted plaintiff until September 18, 2018 to file objections. (Doc. No. 36.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued August 16, 2018 (Doc. No. 34) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 23) is granted in part and denied in part without prejudice;
3. This action now proceeds on plaintiff's due process claim against defendant Lunes;
4. If defendants intend to file a second motion for summary judgment on the issue of exhaustion, they are directed to request an evidentiary hearing on that issue within twenty-one days after service of this order; and
5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 24, 2018**

UNITED STATES DISTRICT JUDGE

2